AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Moses Backman, Jr.,
*Plaintiff*

v.                                                         Civil Action No.   2:10-599-MBS

Department of Veterans Affairs, Attorney General of the United States, and United, States Attorney for the District of South Carolina,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and the complaint is dismissed without prejudice and without issuance and service of process to allow the Plaintiff to exhaust his administrative remedies.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge presiding.  The court having reviewed the issues and a decision rendered to dismiss.

Date:   April 20, 2011                                              *CLERK OF COURT*

                                                                    s/Angie Snipes
                                                                    *Signature of Clerk or Deputy Clerk*